IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **CRUM & FORSTER INDEMNITY COMPANY**<br><br>*Plaintiff*,<br><br>v.<br><br>**PRIEFERT LOGISTICS, LP and EDNA CARTER, INDIVIDUALLY and ON BEHALF OF MICHAEL CARTER, DECEASED**<br><br>*Defendants*. | CIVIL ACTION NO. 5:17-CV-00154 |

## FINAL JUDGMENT

Pursuant to the Court's entry of the Parties' Agreed Order, and for the reasons stated therein, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** all claims between the parties have been resolved and are be **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED.**

SIGNED this 21st day of August, 2019.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE